# EXHIBIT D — STINGRAY CLAIM CHART

## U.S. Patent No. 12,075,116 B2 — UBIQUICAST SYSTEM

| U.S. Patent No. 12,075,116 B2 Claim Language | UBIQUICAST SYSTEM Evidence of Infringement |
|---|---|
| A method of providing a media stream from a computing system comprising a caching unit and at least one multicasting server, the method comprising: | Provides a media stream from a computing system having a caching unit and at least one multicasting server, that includes AWS storage and processing for server requests made from the caching unit and the one multicast server at a MVPD head end. |
| receiving, at the caching unit, a request from the at least one multicasting server for at least one media stream for playback on a broadcast media channel, wherein the request comprises a requested format; | The Multicast Unit uses Multicast Addresses and has a Caching unit that stores a media stream and receives requests for playback on a broadcast media channel in a particular format.<br><br>**Kabelfernsehen Bödeli - Ubiquicast**<br>in list Closed<br><br>**Actions**<br><< Share<br><br>**Description**<br>They like to have 128Kbps AAC. They will not use OSE at first but he likes to have a configuration WITH OSE so he can test this on his settop boxes. His boxes have the same 'problem' as in Holland that when you choose a radioservice, then the video will not be displayed by the settopbox. On March 1 he will only send 'blackscreen' audio to the customers and he will use OSE for testing internally.<br><br>At first he liked to have the main server on IP and the backup server on ASI. He presumed that both servers would have different IP/PID configurations but after talking about possible backup scenario's we decided to have both Ubi's configured with an identical IP output.<br><br>As output he requires a MPTS. Multicast IP address: 239.51.100.4:1234<br><br>He will make arrangements for a public IP number for the VPN connection, he will send details when this is available. We probably are able to use a connection of 100Mbps up and down so that's nice<br><br>Output still needs to be confirmed<br><br>Customer: Kabelfernsehen Bödeli<br>Street: Weissenaustr. 56<br>Town: Unterseen<br>ZIP: 3800<br>Country: Switzerland<br>#<br>Jira Issue Link : https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-765<br><br>**Activity**<br>**deployment57** added this card to Closed<br>Jan 15, 2019 at 11:21 AM<br><br>*Source:* https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-765 |
| obtaining, at the caching unit, content from the internet corresponding to a | The caching unit obtains from the web, different resources e.g. cover art and other internet-based items that are in a 1st format (e.g. Images/PNG) which correspond to multimedia items as shown herein, links to https://mediafile.galaxie.ca/.... and other links tracked by AlienVault.com regarding Stingray's Ubiquicast. |

| U.S. Patent No. 12,075,116 B2 Claim Language | UBIQUICAST SYSTEM Evidence of Infringement |
|---|---|
| plurality of multimedia items from at least one website offering the content in at least one first format, wherein the obtaining comprises: | <br><br>*Source:* https://otx.alienvault.com/indicator/domain/galaxie.ca |
| retrieving, for each multimedia item of the plurality of multimedia items, at least one audio file corresponding to an audio component of the multimedia item and a plurality of screen captures corresponding to a video component of the multimedia item; | An audio track is retrieved, and matched with the content corresponding to the multimedia items (As shown the ASSET ID is 265998). |

| U.S. Patent No. 12,075,116 B2 Claim Language | UBIQUICAST SYSTEM Evidence of Infringement |
|---|---|
| | ⌨ **Hurontel2: AudioEngine no playout since Oct 6**<br>in list Closed<br><br>≡ **Description**     ACTIONS     ⌃ Share<br><br>AudioEngine error log:<br>{quote}<br>…<br>2015-10-07 04:20:29: [INPUT_ERROR] asset:265998: INVALID_TRACK ERROR - The track was listed in the playlist, but the file doesn't exist on the system<br>2015-10-07 04:20:29: [INPUT_ERROR] asset:898710: INVALID_TRACK ERROR - The track was listed in the playlist, but the file doesn't exist on the system<br>2015-10-07 04:20:29: [INPUT_ERROR] asset:267288: INVALID_TRACK ERROR - The track was listed in the playlist, but the file doesn't exist on the system<br>2015-10-07 04:20:29: [INFO] [016] Loaded playlist 2015-Sep-29 to fill air time for period [2015-Oct-06 22:51:21.004598/2015-Oct-06 23:59:59.999999].<br>{quote}<br><br>AudioEngine stillpic log:<br>{quote}<br>…<br>2015-10-08 11:21:26,941 INFO [GalaxieStillPicGenerator] - Generating new /data/video_realtime//0161735.tar<br>2015-10-08 11:21:26,941 ERROR [MediaGenerator] - Could not read Logo file<br>2015-10-08 11:21:26,942 ERROR [MediaGenerator] - Could not read Ads URL Too many open files<br>2015-10-08 11:21:26,942 ERROR [MediaGenerator] - High level exception: Too many open files<br>2015-10-08 11:21:26,943 ERROR [GalaxieStillPicGenerator] - Could not generate fallback for /data/video_realtime//0161735.tar, deleting output file<br>{quote}<br><br>**#**<br><br>Jira Issue Link : https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-552<br><br>*Source:* https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-552 |
| rendering a webpage by a browser using the content; | A webpage is rendered by a browser, as shown by the above log, a browser is used to "load a logo file" and "Ads URL" where URL is a Universal Resource Locator, and as shown AlienVault includes URLs to "mediafiles" such as logos and album's cover art. |

| U.S. Patent No. 12,075,116 B2 Claim Language | UBIQUICAST SYSTEM Evidence of Infringement |
|---|---|
| | <br><br>*Source:* https://otx.alienvault.com/indicator/domain/galaxie.ca |
| generating a plurality of screen captures of the rendered web page using a headless rendering engine; | The GalaxieStillPic generator generates a plurality of screen captures without displaying any of the images, hence a headless rendering engine via Media Generator and GalaxieStillPicGenerator.<br><br>many open files<br>2015-10-08 11:21:26,943 ERROR [GalaxieStillPicGenerator] - Could not generate fallback for /data/video_realtime//0161735.tar, deleting output file<br>{quote}<br><br>*Source:* https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-552 |
| generating, at the caching unit, the plurality of multimedia items in the requested format based on the content from the internet, the generating | The caching unit receives the web content and generates multimedia items in the requested format.<br><br>many open files<br>2015-10-08 11:21:26,943 ERROR [GalaxieStillPicGenerator] - Could not generate fallback for /data/video_realtime//0161735.tar, deleting output file<br>{quote}<br><br>*Source:* https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-552 |

| U.S. Patent No. 12,075,116 B2 Claim Language | UBIQUICAST SYSTEM Evidence of Infringement |
|---|---|
| comprising, for each of the plurality of multimedia items: | |
| assembling a video component of a multimedia item using the plurality of screen captures, | Multimedia items are combined to create a media stream in the requested format.<br><br>A video is assembled by GalaxieStillPic Generator, as the "still picts" are captured comprising logo, ads URL, and others to create screen captures to be multiplexed (see Track ASSET ID: 265998 above).<br><br>**☐ Hurontel2: AudioEngine no playout since Oct 6**<br>in list Closed<br><br>ACTIONS<br><br>**≡ Description**        **< Share**<br><br>AudioEngine error log:<br>{quote}<br>...<br>2015-10-07 04:20:29: [INPUT_ERROR] asset:265998: INVALID_TRACK ERROR - The track was listed in the playlist, but the file doesn't exist on the system<br>2015-10-07 04:20:29: [INPUT_ERROR] asset:898710: INVALID_TRACK ERROR - The track was listed in the playlist, but the file doesn't exist on the system<br>2015-10-07 04:20:29: [INPUT_ERROR] asset:267288: INVALID_TRACK ERROR - The track was listed in the playlist, but the file doesn't exist on the system<br>2015-10-07 04:20:29: [INFO] [016] Loaded playlist 2015-Sep-29 to fill air time for period [2015-Oct-06 22:51:21.004598/2015-Oct-06 23:59:59.999999].<br>{quote}<br><br>AudioEngine stillpic log:<br>{quote}<br>...<br>2015-10-08 11:21:26,941 INFO [GalaxieStillPicGenerator] - Generating new /data/video_realtime//0161735.tar<br>2015-10-08 11:21:26,941 ERROR [MediaGenerator] - Could not read Logo file<br>2015-10-08 11:21:26,942 ERROR [MediaGenerator] - Could not read Ads URL Too many open files<br>2015-10-08 11:21:26,942 ERROR [MediaGenerator] - High level exception: Too many open files<br>2015-10-08 11:21:26,943 ERROR [GalaxieStillPicGenerator] - Could not generate fallback for /data/video_realtime//0161735.tar, deleting output file<br>{quote}<br><br>#<br><br>Jira Issue Link : https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-552<br><br>*Source:* https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-552 |
| combining the plurality of screen captures and the at least one audio file, thereby creating the | The audio file is combined with the content retrieved from the internet to generate the video stream (via ASSET ID: 265998 and TRACK or music track). |

| U.S. Patent No. 12,075,116 B2 Claim Language | UBIQUICAST SYSTEM Evidence of Infringement |
|---|---|
| multimedia item, and | **Hurontel2: AudioEngine no playout since Oct 6**<br>in list Closed<br><br>ACTIONS<br>≡ Description ⇄ Share<br><br>AudioEngine error log:<br>{quote}<br>…<br>2015-10-07 04:20:29: [INPUT_ERROR] asset:265998: INVALID_TRACK ERROR - The track was listed in the playlist, but the file doesn't exist on the system<br>2015-10-07 04:20:29: [INPUT_ERROR] asset:898710: INVALID_TRACK ERROR - The track was listed in the playlist, but the file doesn't exist on the system<br>2015-10-07 04:20:29: [INPUT_ERROR] asset:267288: INVALID_TRACK ERROR - The track was listed in the playlist, but the file doesn't exist on the system<br>2015-10-07 04:20:29: [INFO] [016] Loaded playlist 2015-Sep-29 to fill air time for period [2015-Oct-06 22:51:21.004598/2015-Oct-06 23:59:59.999999].<br>{quote}<br><br>AudioEngine stillpic log:<br>{quote}<br>…<br>2015-10-08 11:21:26,941 INFO [GalaxieStillPicGenerator] - Generating new /data/video_realtime//0161735.tar<br>2015-10-08 11:21:26,941 ERROR [MediaGenerator] - Could not read Logo file<br>2015-10-08 11:21:26,942 ERROR [MediaGenerator] - Could not read Ads URL Too many open files<br>2015-10-08 11:21:26,942 ERROR [MediaGenerator] - High level exception: Too many open files<br>2015-10-08 11:21:26,943 ERROR [GalaxieStillPicGenerator] - Could not generate fallback for /data/video_realtime//0161735.tar, deleting output file<br>{quote}<br><br>#<br>Jira Issue Link : https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-552<br><br>*Source:* https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-552 |
| saving the multimedia item at the caching unit; | The video stream is saved into the caching unit (See references to /data above).<br><br>many open files<br>2015-10-08 11:21:26,943 ERROR [GalaxieStillPicGenerator] - Could not generate fallback for /data/video_realtime//0161735.tar, deleting output file<br>{quote}<br><br>*Source:* https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-552 |
| providing at least one media stream to a content provider for multicasting on the broadcast | The content retrieved from the internet is combined with the audio file to create the media stream provided via a multicast channel. Content is provided to AT&T and other customers. |

| U.S. Patent No. 12,075,116 B2 Claim Language | UBIQUICAST SYSTEM Evidence of Infringement |
|---|---|
| media channel, wherein the providing comprises: | |
| assembling the at least one media stream in the requested format using the plurality of the multimedia items saved at the caching unit; | Multimedia items are combined to create a media stream in the requested format (shows that 6 Mbps MPEG 4 HIGH@L4 generated for Main unit and a backup server, with MC or Multicast at 225.202.47.5:2000 and 225.202.47.6:2000). <br><br> **📺 MX1 - Uplink C-MUSIC on Measat 3A** <br> in list IN PROGRESS <br><br> **☰ Description** <br><br> Content is ready on the servers: <br><br> 6 Mbps MPEG 4 High @L4 <br><br> Server#1 Main : 10.202.47.5/28 \|\| MC: 225.202.47.5:2000 <br> Server#2 BU : 10.202.47.6/28 \|\| MC: 225.202.47.6:2000 <br><br> Need the following: <br><br> (/) Window to deploy -- DONE Programs deployed on both servers. <br><br> **#** <br><br> Jira Issue Link : https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-2368 <br><br> *Source:* https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-2368 |
| detecting a change at the at least one website corresponding to at least one of the plurality of multimedia items saved at the caching unit; | Content obtained from the internet is monitored to detect any changes, as the new song is detected an update is made to the playlist or a particular song. Each song has a cover art defined by part of the link to **song/L:2129124/showCoverORgenericCover/size_103_574.jpg**. |

| U.S. Patent No. 12,075,116 B2 Claim Language | UBIQUICAST SYSTEM Evidence of Infringement |
|---|---|
| | 🖥 **Ubimetaserver - Internal Errors**<br><br>in list Closed<br><br>≡ **Description**<br><br>This was seen today across all servers at the same time:<br><br>{code}<br><br>[ERROR] Cache - internal error: expected to get a state from key [/song/L:2129124/showCoverORgenericCover/size_103_574.jpg]<br><br>[ERROR] Cache - internal error: expected to get a state from key [/song/L:1835012/showCoverORgenericCover/size_103_574.jpg]<br><br>{code}<br><br>Below is the snippet from that time:<br><br>{code}<br><br>2016-05-20 07:24:30,837 INFO [SQSMetadataPush] - [014] Push success<br><br>2016-05-20 07:24:30,925 INFO [SQSMetadataPush] - [189] Pushing file to SQS: /data/metadata/GX189_NT.xml<br><br>&lt;Playlist DeviceId="accesscommunication1" FileName="GX189_NT.xml" Now="Fri May 20 07:24:30 2016" TimezoneId="America/Regina"&gt;<br><br>`[PLAYING] <Entry Event="12" Type="Playing" Category="020" Id="1123" Title="Veinte anos" Artist="Buena Vista`<br><br>`[NEXT]    <Entry Event="13" Type="Not Played" Category="M17" Id="1372" Title="Eres Mi Cancion" Artist="Rubér`<br><br>*Source:* https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-1183 |
| in response to the detecting the change, retrieving a new plurality of screen captures from the at least one website for the at least one of the plurality of multimedia items; and | If the content changes, new content from the internet is retrieved, as shown a song with L:2129124 is retrieved followed by song L:1835012 for playlist GX189_NT.xml, and as playlists are updated, a change is detected for a new update to occur.<br><br>2016-05-13 19:51:48,700 INFO [request] - Sending Request: POST https://queue.amazonaws.com //008306160229/GalaxieMetadataPushQueue Parameters: (MessageBody: &lt;feff&gt;&lt;?xml version="1.0" encoding="utf-8"?&gt;<br><br>&lt;Playlist DeviceId="maxtrax1" FileName="GX45_NT.xml" Now="Fri May 13 19:51:48 2016"&gt;<br><br>`<Entry Event="00" Type="Played" Category="200" Id="7054" Title="Stingray ID.045.Eclectic Electronic.v1.v`<br><br>`<Entry Event="01" Type="Played" Category="211" Id="2467" Title="Calm Down" Artist="Katy B, Four Tet &amp`<br><br>`<Entry Event="02" Type="Played" Category="201" Id="7825" Title="Blind Heart" Artist="Cazzette &amp; Ter`<br><br>`<Entry Event="03" Type="Played" Category="212" Id="9133" Title="Lies" Artist="Jane XØ" Album="" Composer`<br><br>`<Entry Event="04" Type="Played" Category="211" Id="7174" Title="You&apos;re Good but I&apos;m Better" A`<br><br>`<Entry Event="05" Type="Played" Category="203" Id="7490" Title="Latch" Artist="Disclosure feat. Sam Smit`<br><br>`<Entry Event="06" Type="Played" Category="211" Id="7177" Title="Castles" Artist="Project 46 &amp; Bynon'`<br><br>`<Entry Event="07" Type="Played" Category="200" Id="7078" Title="Stingray ID.045.Eclectic Electronic.v2.v`<br><br>`<Entry Event="08" Type="Played" Category="210" Id="1210" Title="Running Out" Artist="Matoma &amp; Astric`<br><br>`<Entry Event="09" Type="Played" Category="212" Id="5230" Title="Tremble" Artist="Nicole Millar" Album="T`<br><br>*Source:* https://jira-stage.corp.stingraydigital.com/browse/CUSTTS-1183 |

| U.S. Patent No. 12,075,116 B2 Claim Language | UBIQUICAST SYSTEM Evidence of Infringement |
|---|---|
| reassembling the at least one of the plurality of multimedia items using the new plurality of screen captures, thereby creating at least one updated multimedia item. | Once the new song is issued, multimedia items are reassembled to create an updated multimedia item; the outputs are assembled in audio + MPEG-2.  |