**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| EGLA CORP., <br><br> Plaintiff, <br><br> v. <br><br> STINGRAY GROUP INC. f/k/a STINGRAY DIGITAL GROUP, INC., STINGRAY MUSIC USA, INC., and MOOD MEDIA LLC f/k/a MOOD MEDIA CORPORATION, <br><br> Defendants. | Case No. 1:26-cv-1044-RP |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT MOOD MEDIA LLC TO RESPOND TO COMPLAINT PURSUANT TO WAIVER OF SERVICE [ECF NO. 9]**

Plaintiff Egla Corp. ("EGLA"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), moves this Court for an extension of time for Mood Media to respond to the Complaint. In support thereof, the parties state as follows:

1. Mood Media waived service of summons pursuant to Federal Rule of Civil Procedure 4(d).

2. Pursuant to Federal Rule of Civil Procedure 4(d)(3), a defendant located within the United States that timely waives service must serve an answer within sixty (60) days after the request for waiver was sent. Accordingly, Mood Media's current deadline to respond to the Complaint is June 29, 2026.

3. The parties have conferred and agreed to extend Mood Media's deadline to respond to the Complaint from sixty (60) days to ninety (90) days from the date the request for waiver of service was sent.

4. The requested extension is based on an agreement between counsel to provide Mood Media the same response period afforded to the foreign corporate co-defendants in this action, notwithstanding that Mood Media is a domestic entity.

5. Accordingly, EGLA requests that Mood Media's deadline to respond to the Complaint be extended up to and including July 27, 2026.

6. This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

WHEREFORE, EGLA respectfully requests that the Court enter the proposed Agreed Order extending Defendant Mood Media LLC's deadline to respond to the Complaint through July 27, 2026, and grant such other and further relief as the Court deems just and proper.

Dated: May 27, 2026


Respectfully submitted,

RL Drolet Patent Prosecution Services PLLC
515 E. Las Olas Blvd., Suite 1301
Fort Lauderdale, Florida 33301

/s/ Robert Drolet.
Robert Drolet (Fla Bar No.1004135)
rob@rldpatents.com
yanina@rldpatents.com
*Counsel for EGLA Corp*

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY, that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

By: /s/Robert Drolet
Robert Drolet, Esq.

27025007.1